# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**BRENDA C. WILLIAMS,**

    Plaintiff,

v.                                      Case 2:12-cv-02933

**YOUTH VILLAGES, DOUGLASS WALKER, GIGI (GAIL) FRANKLIN, REBECCA HANCOCK, and LATONYA PENDLETON,**

    Defendant.

## ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

On October 24, 2012, Plaintiff Brenda C. Williams, a resident of Memphis, Tennessee, filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*. (Docket Entry "D.E." #1), along with a motion to proceed in forma pauperis (D.E. #2). On October 25, 2012, the District Court granted the motion to proceed in forma pauperis. The Clerk shall record the defendants as Youth Villages, Douglass Walker, Gigi (Gail) Franklin, Rebecca Hancock, and Latonya Pendleton.

It is ORDERED that the Clerk shall issue process for Defendant and deliver that process to the marshal for service. Process shall include a copy of Plaintiff's Complaint. Service shall be made on Defendant Youth Villages pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure and upon the individual defendants pursuant to Rule 4(e) of the Federal Rules of Civil Procedure. All costs of service shall be advanced by the United States.

It is ORDERED that Plaintiff shall make a certificate of service on every document filed. Plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and the local rules of this Court.

Plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

**IT IS SO ORDERED** this 25th day of September, 2013.

s/ Charmiane G. Claxton  
CHARMIANE G. CLAXTON  
UNITED STATES MAGISTRATE JUDGE